THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAIM JABBAR, Appellant. [951 NYS2d 395]—

We reject defendant's challenges to the sufficiency and weight of the evidence supporting the robbery conviction (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence amply supported the conclusion that, after unsuccessfully attempting to take the victim's money by way of a confidence game, defendant took the money by force (*see e.g. People v Spencer*, 255 AD2d 167 [1st Dept 1998], *lv denied* 93 NY2d 879 [1999]).

We perceive no basis for reducing the sentence. Concur—Andrias, J.P., Sweeny, Catterson, Moskowitz and Manzanet-Daniels, JJ.